**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Darnell Allen FAULKNER, Defendant—Appellant.**

No. 09–7675.

United States Court of Appeals, Fourth Circuit.

Submitted: March 2, 2010.

Decided: March 15, 2010.

Darnell Allen Faulkner, Appellant Pro Se. Thomas Michael DiBiagio, United

States Attorney, Washington, D.C., for Appellee.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Allen Faulkner appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Faulkner*, No. 1:03–cr–00460–AMD–1 (D.Md. Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*